1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11    ALBERTO SANDOVAL,                    Case No. 5:18-cv-01757-VAP (GJS)

12            Petitioner

13        v.                               **JUDGMENT**

14    M.E. SPEARMAN,

15            Respondent.

16

17

18        Pursuant to the Court's Order Accepting Findings and Recommendations of

19    United States Magistrate Judge,

20

21        IT IS ADJUDGED THAT this action is dismissed with prejudice.

22

23    DATE:  08/13/2020        _____

24                            VIRGINIA A. PHILLIPS
                              UNITED STATES DISTRICT JUDGE
25

26

27

28